**SEALED**

PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

MAR 22 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-58 JAM |
| Plaintiff, | [~~PROPOSED~~] ORDER TO SEAL |
| v. | |
| JOHN MICHAEL HERRON II AND ROBERT JOSEPH MAHER, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney AMY SCHULLER HITCHCOCK to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 3-21-18

HONORABLE DEBORAH L. BARNES
United States Magistrate Judge

[PROPOSED] ORDER TO SEAL INDICTMENT