| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | JOHN MICHAEL HERRON, II |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-058 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| JOHN MICHAEL HERRON, II, | Date: June 5, 2018 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Amy Schuller Hitchcock, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorneys for John Michael Herron, II, that the status conference scheduled for June 5, 2018 be vacated and be continued July 17, 2018 at 9:15 a.m.

The government has produced discovery to defense counsel in this case, including over 13,000 pages of reports, Excel spreadsheets, banking records, and other documents. The discovery also includes 5 compact discs of audio recordings. The government has represented that it anticipates further discovery will be produced to defense counsel. The grounds for this continuance are that defense counsel requires additional time to review this voluminous discovery, to meet and confer with his client, to investigate the facts of the case, and to otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the

Stipulation and [PROPOSED] Order to Continue Status Conference        -1-

exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including July 17, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

DATED: June 1, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for JOHN MICHAEL HERRON, II

DATED: June 1, 2018  MCGREGOR W. SCOTT
United States Attorney

*/s/ Amy Schuller Hitchcock*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time through and including July 17, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the June 5, 2018 status conference shall be continued until July 17, 2018, at 9:15 a.m.

Dated: June 1, 2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge