McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-058-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOHN MICHAEL HERRON II, AND ROBERT JOSEPH MAHER | DATE: July 17, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on July 17, 2018.

2. By this stipulation, defendants now move to continue the status conference until September 18, 2018 at 9:15 a.m., and to exclude time between July 17, 2018, and September 18, 2018 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes at least 13,000 pages of reports, Excel spreadsheets, banking records and other documents to date. The discovery also include 5 compact discs of audio recording. The government has represented that it anticipates further discovery will be forthcoming. All of this discovery has been made available for inspection, and will be produced to counsel once a protective order is entered.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

  b) Counsel for defendant Herron was recently substituted on June 13, 2018. Defendant Herron's undersigned new counsel is working to review the current charges, confer with her client, and otherwise come up to speed. Counsel for defendant Maher was recently appointed, on July 5, 2018. Defendant Maher's undersigned counsel is also working to review the current charges and confer with her client.

  c) Counsel for defendants desire additional time to review the voluminous discovery, consult with their clients, conduct investigation and research related to the charges and resulting from review of the discovery, and to otherwise prepare for trial.

  d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2018 to September 18, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 12, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ *AMY SCHULLER HITCHCOCK*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: July 12, 2018

/s/ *KRESTA NORA DALY*
KRESTA NORAL DALY
Counsel for Defendant
John Michael Herron II

Dated: July 12, 2018

/s/ *CANDICE L. FIELDS*
CANDICE L. FIELDS
Counsel for Defendant
Robert Joseph Maher

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of July, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE