McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MICHAEL HERRON,<br><br>Defendant. | CASE NO. 2:18-CR-00058-JAM<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR RECONSIDERATION OF PROTECTIVE ORDER.<br><br>DATE: October 30, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

WHEREAS, on September 12, 2018, defendant John Michael Herron filed a Notice of Motion and Motion for Reconsideration of Protective Order (ECF 47) (hereinafter, the "Motion");

WHEREAS, the Motion was noticed to be heard before this Court on October 30, 2018;

Plaintiff United States of America, by and through its counsel of record, and defendant Herron, by and through defendant's counsel of record, hereby agree and stipulate to the following briefing and hearing schedule for the Motion:

1. The government's Opposition to the Motion will be due on October 16, 2018;
2. Defendant's Reply in support of the Motion will be due on October 23, 2018;
3. The Motion will be heard before this Court on October 30, 2018 at 9:15 a.m.

//

//

STIPULATION AND [PROPOSED] ORDER SETTING
MOTION BRIEFING SCHEDULE

1

IT IS SO STIPULATED.

Dated: September 14, 2018         McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ AMY SCHULLER HITCHCOCK
                                  AMY SCHULLER HITCHCOCK
                                  Assistant United States Attorney


Dated: September 14, 2018         /s/ KRESTA NORA DALY
                                  KRESTA NORA DALY
                                  Counsel for Defendant
                                  JOHN MICHAEL HERRON


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of September, 2018.

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER SETTING
MOTION BRIEFING SCHEDULE

2