Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
MICHAEL HERRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00058 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ADVANCE SENTENCING** |
| MICHAEL HERRON, | Judge: Honorable John A. Mendez |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Amy Hitchcock, and defendant, Mike Herron, by and through his counsel, Kresta Nora Daly, that the sentencing set for July 2, 2019 be vacated. The defense wishes to advance the sentencing date in this matter. Counsel for the government and probation do not object to the defense's requested sentencing date of June 25, 2019.

Dated: June 14, 2019.    BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for MICHAEL HERRON

Dated: June 14, 2019.    By  /s/ Kresta Nora Daly for
    AMY HITCHCOCK
    Assistant United States Attorney

{00028572}    - 1 -

STIPULATION AND [PROPOSED] ORDER    [Case No. 2:18-CR-00058-JAM]

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing set for July 2, 2019 is vacated. Sentencing is reset for June 25, 2019.

**IT IS SO ORDERED.**

Dated: June 14, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA