McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00058 JAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | DATE: August 27, 2019 |
| JOHN MICHAEL HERRON II, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

The United States of America, by and through its counsel of record, and defendant John Michael Herron II, by and through his counsel Kresta Daly, hereby respectfully stipulate and request that the Court vacate the August 27, 2019 restitution hearing and order that the defendant pay restitution in the amount of $485,685.00, for the following reasons:

1. On March 26, 2019, defendant pleaded guilty to Mail Fraud, in violation of 18 U.S.C. § 1341, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A. ECF 65.

2. Pursuant to the Plea Agreement, and pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii), the defendant agreed to pay the full amount of restitution to victims affected by his offenses, including full restitution to the California Employment Development Department (EDD) of approximately $485,685. ECF 67.

3. On June 25, 2019, defendant appeared before this Court for judgment and sentencing. ECF 80. At this hearing, the Court indicated that it intended to order restitution, pursuant to 18 U.S.C.

§§ 3663A and as agreed in the Plea Agreement, but deferred determination of the amount of restitution to allow the government additional time to gather information regarding identified victims that may have suffered losses.

4.      The parties have met and conferred regarding the amount of restitution in this case. Pursuant to those discussions, the parties stipulate and agree that:

a)      EDD is a victim in this case, meaning it is an entity directly and proximately harmed as a result of the commission of the offense.  18 U.S.C. § 3663A.

b)      Defendant Michael Herron II shall be liable for restitution in the amount of $485,685 to EDD, a loss amount supported by a preponderance of evidence.  Should any co-defendants be convicted in this case, the restitution shall be joint and several with those individuals.

5.      Defendant agrees to make payment as follows:

a)      Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.

b)      Payment of restitution during defendant's imprisonment should be through the Bureau of Prisons Inmate Financial Responsibility Program.

c)      Pursuant to 18 U.S.C. §§ 3664(k) and 3572(d)(3), the defendant will notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

6.      The parties agree that the defendant does not have the ability to pay interest, and that the Court should waive interest on the restitution as a result.

IT IS SO STIPULATED.

//

//

//

Dated: August 22, 2019

McGREGOR W. SCOTT
United States Attorney


/s/ AMY SCHULLER HITCHCOCK
AMY SCHULLER HITCHCOCK
Assistant United States Attorney



/s/ KRESTA DALY
Dated: August 22, 2019

KRESTA DALY
Attorney for Defendant
JOHN MICHAEL HERRON II

STIPULATION AND [PROPOSED] ORDER RE:
RESTITUTION

# ORDER

The Court has reviewed the Stipulation of the parties for an order holding defendant John Michael Herron II liable for restitution in the amount of $485,685.00. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. §§ 3663A, the Court finds good cause to so order. Accordingly, the Court orders as follows:

1. The defendant shall pay restitution in the amount of $485,685.00 to the California Employment Development Department. This restitution shall be joint and several with any other co-defendants convicted in this case.

2. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.

3. Payment of restitution during the defendant's imprisonment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

4. The interest requirement is waived, as the defendant does not have the ability to pay interest.

5. Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

6. The hearing set for Monday, August 27, 2019, in this case is hereby vacated.

**SO ORDERED.**

Dated: August 23, 2019

_____
/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge