1  Kresta Nora Daly, SBN 199689
2  **BARTH DALY LLP**
   PO Box F
3  Winters, California 95694
   Telephone: (916) 440-8600
4  Facsimile: (916) 440-9610
   Email: kdaly@barth-daly.com

5  Attorneys for Defendant
   JOHN MICHAEL HERON
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           Case No. 2:18-CR-00058-JAM

11              Plaintiff,

12        v.                            **STIPULATION AND ORDER**

13  JOHN MICHAEL HERON,

14              Defendant.

15

16

17        The defendant, John Michael Heron, seeks to leave the Sacramento County Jail for no

18  more than 24 hours.  Mr. Heron's father has recently been sent home on hospice with only a few

19  days to live.  Mr. Heron is currently finishing a 51-month sentence in the Sacramento County Jail.

20  He is currently scheduled to be released on August 29, 2022.  There is almost no hope his father

21  will be alive when Mr. Heron is released.

22        Federal courts have the statutory authority to modify an imposed term of imprisonment for

23  compassionate release under 18 U.S.C. § 3582(c)(1).  Until the First Step Act was passed in

24  December of 2018, motions for compassionate release could only be brought to the Court by the

25  Director of the Bureau of Prisons. However, after the December 2018 passage of the First Step

26  Act, defendants may now bring their own motions for compassionate release after exhausting

27  administrative remedies within the Bureau of Prisons. 18 U.S.C. § 3582(c)(1)(A).

28

BARTH DALY LLP
ATTORNEYS AT LAW

When a defendant, such as Mr. Heron, is serving a prison term in an institution without a BOP

warden, there is no warden to whom the defendant can address the initial request.[1] Any attempt to

exhaust administrative remedies would be futile and thus the normal exhaustion of administrative

remedies is waived. *United States v. Jepsen*, No. 3:19-CV-00073(VLB), 2020 WL 1640232, at *3

(D. Conn. Apr. 1, 2020); *United States v. Gonzalez*, No. 2:18-CR-0232-TOR-15, 2020 WL

1536155, at *1 (E.D. Wash. Mar. 31, 2020).  The district court is authorized to rule on the

defendant's motion for a reduction in sentence.

In light of the foregoing, the parties hereby agree and stipulate that:

1.  Mr. Heron will be released for a 24-hour period beginning on July 14, 2022.  The

specific time of Mr. Heron's release is left to the discretion of the Sacramento County Sheriff.

2.  Mr. Heron will turn himself in to Sacramento County Jail on July 15, 2022, no later

than 24 hours after his release to complete his sentence.

Dated:  July 12, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Assistant United States Attorney


Dated:  July 12, 2022

/s/ KRESTA NORA DALY
KRESTA NORA DALY
Counsel for Defendant
JOHN MICHAEL HERON

---

[1] *See United States v. Jepsen,* No. 3:19-CV-00073(VLB), 2020 WL 1640232, at *3 (D. Conn. Apr. 1, 2020)  (where defendant was serving sentence at a non-BOP detention facility neither the warden at the facility nor the BOP would consider compassionate release request); *United States v. Gonzalez*, No. 2:18-CR-0232-TOR-15, 2020 WL 1536155, at *1 (E.D. Wash. Mar. 31, 2020) (where defendant was serving sentence in a county jail, no warden could process her request to file a motion for a reduction in sentence).  *See also* Docket No. 129, Joint Submission, *United States v. Ghorbani*, No. 1:18-CR-00255-PLF (D.D.C. Apr. 3, 2020) (available through PACER at https://ecf.dcd.uscourts.gov/doc1/04517753202) (agreement by the United States and defendant that exhaustion should be waived as futile where "although the defendant has been designated to a BOP facility, his transport has been delayed indefinitely and therefore a determination of whether he is eligible for release through BOP's program cannot be made).

BARTH DALY LLP
ATTORNEYS AT LAW

1

**Order**

2        Good cause appearing:

3        1.  Mr. Heron shall be released for a 24-hour period beginning on July 14, 2022.  The

4 specific time of Mr. Heron's release is left to the discretion of the Sacramento County Sheriff.

5        2.  Mr. Heron shall turn himself in to Sacramento County Jail on July 15, 2022, no later

6 than 24 hours after his release to complete his sentence.

7

8

9

10 Dated:  July 13, 2022                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
11                                       SENIOR UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW

- 3 -